Douglas E. Watts, SBN 182274
WATTS LAW OFFICES
193 Blue Ravine Rd., Suite 100
Folsom, CA 95630
Telephone: (916) 673-9008
Facsimile: (916) 404-5031
E-mail: dwatts@wattslaw-norcal.com

Attorneys for Plaintiff GAIE COX

John P. Cotter, SBN 158783
Diepenbrock & Cotter, LLP
1435 River Park Dr., Suite 400
Sacramento, CA 95815
Telephone: (916) 565-6222
Facsimile: (916) 565-6220
E-mail: jpc@diepenbrockcotter.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIE COX,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PLACERVILLE; ROBERT CASSARA; BRIAN SIMPKINS; KELLY DOE; and DOES 2 through 100, inclusive,<br><br>        Defendants. | Case No. 2:17-CV-01072-MCE-CKD<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

/ /

/ /

/ /

/ /

/ /

1    Based on the stipulation of the parties and good cause appearing, the Court orders that the

2    case Gaie Cox v. City of Placerville, et al., Case No. 2:17-CV-01072-MCE-KJN, is hereby

3    dismissed with prejudice with each party bearing its own attorneys' fees and costs. The Clerk of

4    the Court is directed to close this case.

5        IT IS SO ORDERED.

6    Dated:  March 20, 2018

7

8                                                    _____
                                                     MORRISON C. ENGLAND, JR
9                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING ACTION WITH PREJUDICE        CE    2:17-CV-01072-MCE-